## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>**GALLERIA 2425 OWNER, LLC**<br>　　　　**Debtor** | §<br>§<br>§ | **Case No. 23-34815 (JPN)** |
| **ALI CHOUDHRI,**<br>　　　*Plaintiff*,<br><br>**v.**<br><br>**NATIONAL BANK OF KUWAIT,**<br>**S.A.K.P., NEW YORK BRANCH,**<br>　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. 4:24-cv-03198**<br>**ADV. PROC. 24-03120** |

**NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH'S COUNTER-STATEMENT OF ISSUES PRESENTED AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee National Bank of Kuwait S.A.K.P., New York Branch ("Appellee") hereby submits this counter-statement of the issues presented and designation of additional items to be included in the record on appeal ("Appellee's Additional Designation").[1]

### COUNTER-STATEMENT OF ISSUES PRESENTED ON APPEAL

1.　　Whether the Bankruptcy Court properly determined that Appellee's removal of Ali Choudhri's ("Appellant") state court action was timely where it was undisputed that Appellee

---

[1] This Appellee's Additional Designation is timely filed by Appellee even though this filing is more than 14 days after appellant filed his Designation of Record and Issues on Appeal. ("Appellant's Designation") [Bankr. Adv. Docket No. 33]. On September 5, 2024, Appellant filed Appellant's Designation in the Bankruptcy Court. Pursuant to Rule 8009(a)(2), Appellee was required to file its designation of additional items to be included in the record on appeal by September 19, 2024. However, on September 11, 2024, this Court dismissed the appeal because of Appellant's failure to prosecute the appeal. [Dkt. No. 3]. On November 13, 2024, the Court reinstated the appeal [Dkt. No. 11], and Appellee therefore now files this Appellee's Additional Designation.

had not at any time been served with a copy of the summons or complaint. *See Murphy Bros.,*
*Inc. v. Michetti Pipe Stringing, Inc.* 526 U.S. 344 (1999) (a named defendant's time to remove a
state court action to a federal court is triggered by the simultaneous service of the summons and
complaint, or receipt of the complaint, "through service or otherwise," after and apart from
service of the summons, but not by the mere receipt of the complaint unattended by any formal
service).

2.      Whether the Bankruptcy Court properly determined that it had core jurisdiction
over the subject action in which Appellant asserts ownership of certain assets – tax liens – where
the confirmed plan (the "Plan") provides that Appellee has allowed claims for the tax liens based
on its ownership of those assets and further provides that the Bankruptcy Court retains
jurisdiction over all matters relating to, *inter alia*, interpretation and implementation of the Plan.

3.      Whether the Bankruptcy Court properly dismissed Appellant's complaint on the
merits where the confirmed Plan determined, among other things, ownership of the subject tax
liens and where Appellant did not object to confirmation of the Plan and did not appeal the
Bankruptcy Court's order confirming the Plan.

4.      Whether the Bankruptcy Court properly dismissed Appellant's complaint where
the claims in the complaint are each based on an asserted breach by Appellee of a Confidential
Settlement Agreement (the "CSA") between the parties, but where the Bankruptcy Court had
previously determined that Appellant, not Appellee, breached the CSA by failing to comply with
its terms.

**DESIGNATION OF ADDITIONAL ITEMS
<u>TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

<u>Main Bankruptcy Docket Items (Case No. 23-34815 (JPN))</u>

| Item No. | Docket No. | Filing Date | Item Description |
|---|---|---|---|
| 13 | 270 | 05/03/2024 | Amended Objection to Claims of National Bank of Kuwait. |
| 14 | 353 | 05/20/2024 | Motion for Entry of Order Prohibiting Credit Bidding by National Bank of Kuwait S.A.K.P., New York Branch Pursuant to 11 U.S.C. § 363(k). |
| 15 | 403 | 06/03/2024 | Trustee's Omnibus Objection to Claim Nos. 21 and 22 of Ali Choudhri |
| 16 | 534 | 06/17/2024 | Trustee's Objection to Motion to Authorize Creditor to Pursue Claims on Behalf of the Estate |
| 17 | 535 | 06/17/2024 | Order Denying Motion to Prohibit Credit Bidding |
| 18 | 565 | 06/22/2024 | Memorandum Opinion Relating to Confirmation of Chapter 11 Plan of the Debtor filed by National Bank of Kuwait, S.A.K.P., New York Branch |
| 19 | 566 | 06/22/2024 | Order Confirming Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P New York Branch |
| 20 | 588 | 07/03/2024 | Order Granting Amended Motion to Alter or Amend Order in Part |
| 21 | 640 | 07/22/2024 | Agreed Order on Trustee's Claim Objection No. 21 of Ali Choudhri (Tax Liens) |
|  |  |  | Transcript of June 17, 2024 Hearing on 2425 WL's Motion to Prohibit NBK from Credit Bidding |
|  |  |  | Transcript of June 19, 2024 Hearing on Confirmation of Chapter 11 Plan of Liquidation of the Debtor by National Bank of Kuwait, S.A.K.P New York Branch |

## <u>CERTIFICATION REGARDING TRANSCRIPTS</u>

       Pursuant to Bankruptcy Rule 8009(b)(1), Appellee certifies that they are not ordering any transcripts. All transcripts have been prepared and are designated in Appellant's Designation or in this Appellee's Additional Designation.

## <u>RESERVATION OF RIGHTS</u>

       Appellee reserves the right to withdraw, supplement, amend or modify this designation of additional items to be included in the record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

DATED: November 15, 2024        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

        */s/ Charles C. Conrad*
        Charles C. Conrad
        Texas State Bar No. 24040721
        Ryan Steinbrunner
        Texas State Bar No. 24093201
        609 Main Street Suite 2000
        Houston, TX 77002
        Telephone: (713) 276-7600
        Facsimile: (713) 276-7634
        charles.conrad@pillsburylaw.com
        ryan.steinbrunner@pillsburylaw.com

           -   *and*   -

        Andrew M. Troop (Bar No. MA547179)
        Patrick E. Fitzmaurice*
        Kwame O. Akuffo*
        31 West 52nd Street
        New York, NY 10019-6131
        Telephone: (212) 858-1000
        Facsimile: (212) 858-1500
        andrew.troop@pillsburylaw.com
        patrick.fitzmaurice@pillsburylaw.com
        kwame.akuffo@pillsburylaw.com

        *Admitted *pro hac vice

        ***Counsel for National Bank of Kuwait, S.A.K.P., New York Branch***

4

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that, on November 15, 2024, a true and correct copy of this document was served via the Court's CM/ECF system on the Chapter 11 Trustee, Appellant's counsel of record and all others who are deemed to have consented to ECF electronic service in this Appeal, and also by mailing, first class, postage prepaid, to each of the parties on the below service list.

_/s/ Charles C. Conrad_
Charles C. Conrad

### <u>Service List</u>

**<u>Appellant's Counsel:</u>**
Jeffrey W Steidley
The Steidley Law Firm
3701 Kirby, Suite 1170
Houston, TX 77098

**<u>Chapter 11 Trustee:</u>**
Christopher R. Murray
602 Sawyer Street Ste 400
Houston, TX 77007

**<u>Chapter 11 Trustee's Counsel:</u>**
R. J. Shannon
Shannon & Lee LLP
2100 Travis Street Ste 1525
Houston, TX 77002

**<u>U.S. Trustee:</u>**
Office of United States Trustee
Attn: Jana Smith Whitworth
515 Rusk Street Suite 3516
Houston, TX 77002